# Order

Michigan Supreme Court
Lansing, Michigan

March 18, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139345-7(89)(91)(92)

CHRISTOPHER LEE DUNCAN, BILLY JOE
BURR, JR., STEVEN CONNOR, ANTONIO
TAYLOR, JOSE DAVILA, JENNIFER
O'SULLIVAN, CHRISTOPHER MANIES, and
BRIAN SECREST,
          Plaintiffs-Appellees,

v

STATE OF MICHIGAN and GOVERNOR OF
MICHIGAN,
          Defendants-Appellants.

_____

SC: 139345-7
COA: 278652, 278858, 278860
Ingham CC: 07-000242-CZ

On order of the Chief Justice, the motion by plaintiffs-appellees for extension to March 12, 2010 of the time for filing their brief on appeal is considered and it is GRANTED. The motion defendants-appellants for adjournment of the oral argument of this case is considered and it is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2010

_____
Clerk